UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00056-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RUBEN PEREZ-RUIZ,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion for Contact Visit. Counsel for defendant has not pointed the court to any provision of law that would allow it to grant the relief sought. Indeed, the United States Marshal and his designees are solely responsible for the housing of pretrial detainees as well as the manner in which a detainee may visit or have contact with family members. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Contact Visit (#105) is DENIED as non-justiciable.

Signed: July 15, 2013

Max O. Cogburn Jr.
United States District Judge